AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DAVID LUKE,

    Plaintiff,

v.

MARTIN O'MALLEY, Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:22-cv-051

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 28, 2024, the Court affirms the Administrative Law Judge's decision. This case stands closed.

Approved by: /s/ B. Cheesbro

**HON. BENJAMIN W. CHEESBRO**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**

Date: March 28, 2024

John E. Triplett, Clerk of Court
Clerk

/s/ Gail M. Lak
(By) Deputy Clerk

GAS Rev 10/2020